1 | DANIEL J. BRODERICK, Bar #89424
Federal Defender
2 | MARC C. AMENT, Bar #59080
Assistant Federal Defender
3 | Designated Counsel for Service
2300 Tulare Street, Suite 330
4 | Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
EDUARDO ARTURO RODRIGUEZ-NAVARRETE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 1:06-CR-0339 AWI |
| *Plaintiff*, | STIPULATION TO CONTINUE STATUS CONFERENCE HEARING, AND ORDER THEREON |
| v. | |
| EDUARDO ARTURO RODRIGUEZ-NAVARRETE, | Date:  December 18, 2006
Time:  9:00 a.m.
Judge: Honorable Anthony W. Ishii |
| *Defendant*. | |

**STIPULATION**

It is hereby stipulated by and between the parties hereto that the status conference hearing in the above-entitled matter now set for December 4, 2006, may be continued to **December 18, 2006, at 9:00 a.m.**

The reason for this continuance is to allow counsel additional time for defense investigation.

The parties agree that time shall be excluded pursuant to 18 U.S.C. §§ 3161, subd.(h)(8)(A) and (B) in that the ends of justice served by the continuance outweigh the best interest of the public and the

///

///

///

///

1  defendant in a speedy trial, since the failure to grant such a continuance would deny counsel for the
2  defendant the reasonable time necessary for effective preparation, taking into account the exercise of due
3  diligence.

4      McGREGOR W. SCOTT
    United States Attorney
5

6  DATED: November 30, 2006    By:    /s/  Mark E. Cullers for
    STEVEN M. CRASS
7      Assistant U.S. Attorney
    Attorney for Plaintiff
8

9      DANIEL J. BRODERICK
    Federal Defender
10

11  DATED: November 30, 2006    By:    /s/ Marc C. Ament
    MARC C. AMENT
12      Assistant Federal Defender
    Attorney for Defendant
13      Eduardo A. Rodriguez-Navarrete

14

15

## ORDER

16

17  **IT IS SO ORDERED.**  Time is excluded pursuant to 18 U.S.C. § 3161, subd. (h)(8)(A) and (B).
18  For the reasons stated above, the court finds that the ends of justice served by the delay outweigh the best
19  interest of the public and the defendants in a speedy trial.
20  IT IS SO ORDERED.
21  **Dated:    December 1, 2006**    **/s/ Anthony W. Ishii**
    UNITED STATES DISTRICT JUDGE
  9h0d30
22

23

24

25

26

27

28