1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  MARC C. AMENT, Bar #59080
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, California  93721-2226
   Telephone: (559) 487-5561
5
   Attorney for Defendant
6  EDUARDO ARTURO RODRIGUEZ-NAVARRETE

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNIFIED STATES OF AMERICA,   )   NO. 1:06-CR-0339 AWI
                                )
12         *Plaintiff*,          )   STIPULATION TO CONTINUE STATUS
                                )   CONFERENCE HEARING, AND ORDER
13     v.                       )   THEREON
                                )
14 EDUARDO ARTURO RODRIGUEZ-    )   Date:  January 16, 2007
   NAVARRETE,                   )   Time:  9:00 a.m.
15                              )   Judge: Honorable Anthony W. Ishii
           *Defendant*.          )
16                              )

17

18                         **STIPULATION**

19     It is hereby stipulated by and between the parties hereto that the status conference hearing in the

20 above-entitled matter now set for December 18, 2006, may be continued to **January 16, 2007, at 9:00**

21 **a.m.**

22     The reason for this continuance is to allow counsel additional time for defense investigation.

23     The parties agree that time shall be excluded pursuant to 18 U.S.C. §§ 3161, subd.(h)(8)(A) and

24 (B) in that the ends of justice served by the continuance outweigh the best interest of the public and the

25 ///

26 ///

27 ///

28 ///

1  defendant in a speedy trial, since the failure to grant such a continuance would deny counsel for the
2  defendant the reasonable time necessary for effective preparation, taking into account the exercise of due
3  diligence.

McGREGOR W. SCOTT
United States Attorney

DATED: December 14, 2006          By:   /s/  Steven M. Crass
                                        STEVEN M. CRASS
                                        Assistant U.S. Attorney
                                        Attorney for Plaintiff

                                        DANIEL J. BRODERICK
                                        Federal Defender

DATED: December 14, 2006          By:   /s/ Marc C. Ament
                                        MARC C. AMENT
                                        Assistant Federal Defender
                                        Attorney for Defendant
                                        Eduardo A. Rodriguez-Navarrete

## ORDER

**IT IS SO ORDERED.**  Time is excluded pursuant to 18 U.S.C. § 3161, subd. (h)(8)(A) and (B). For the reasons stated above, the court finds that the ends of justice served by the delay outweigh the best interest of the public and the defendants in a speedy trial.

IT IS SO ORDERED.

**Dated:     December 15, 2006            /s/ Anthony W. Ishii**
0m8i78                                    UNITED STATES DISTRICT JUDGE

Stipulation and Proposed Order - Rodriguez-Navarrete        2