1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  MARC C. AMENT, Bar #59080
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, California  93721-2226
   Telephone: (559) 487-5561
5
   Attorney for Defendant
6  EDUARDO ARTURO RODRIGUEZ-NAVARRETE

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,    )   NO. 1:06-CR-0339 AWI
                                 )
12              *Plaintiff*,     )   STIPULATION TO CONTINUE STATUS
                                 )   CONFERENCE HEARING, AND ORDER
13         v.                    )   THEREON
                                 )
14  EDUARDO ARTURO RODRIGUEZ-    )   Date:  February 12, 2007
    NAVARRETE,                   )   Time:  9:00 a.m.
15                               )   Judge: Honorable Anthony W. Ishii
                                 )
16              *Defendant*.     )
                                 )

17  _____

18                          **STIPULATION**

19       It is hereby stipulated by and between the parties hereto that the status conference hearing in the

20  above-entitled matter now set for January 16, 2007, may be continued to **February 12, 2007, at 9:00 a.m.**

21       The reason for this continuance is to allow counsel additional time for defense investigation.

22       The parties agree that time shall be excluded pursuant to 18 U.S.C. §§ 3161, subd.(h)(8)(A) and

23  (B) in that the ends of justice served by the continuance outweigh the best interest of the public and the

24  ///

25  ///

26  ///

27  ///

28  ///

1  defendant in a speedy trial, since the failure to grant such a continuance would deny counsel for the
2  defendant the reasonable time necessary for effective preparation, taking into account the exercise of due
3  diligence.

4                                                                                  McGREGOR W. SCOTT
5                                                                                    United States Attorney

6  DATED: January 11, 2007                       By:    /s/  Steven M. Crass
                                                                                        STEVEN M. CRASS
7                                                                                     Assistant U.S. Attorney
                                                                                   Attorney for Plaintiff
8

9                                                                                 DANIEL J. BRODERICK
                                                                                Federal Defender
10

11  DATED: January 11, 2007                       By:    /s/ Marc C. Ament
                                                                                         MARC C. AMENT
12                                                                                   Assistant Federal Defender
                                                                                  Attorney for Defendant
13                                                                                   Eduardo A. Rodriguez-Navarrete

14

15

16                                                              **ORDER**

17  **IT IS SO ORDERED.**  Time is excluded pursuant to 18 U.S.C. § 3161, subd. (h)(8)(A) and (B).
18  For the reasons stated above, the court finds that the ends of justice served by the delay outweigh the best
19  interest of the public and the defendants in a speedy trial.

20

21  IT IS SO ORDERED.

22  **Dated:      January 12, 2007**                        **/s/ Anthony W. Ishii**
    0m8i78                                                       UNITED STATES DISTRICT JUDGE
23

24

25

26

27

28

Stipulation and Proposed Order - Rodriguez-Navarrete       2