DANIEL J. BRODERICK, Bar #89424
Federal Defender
MARC C. AMENT, Bar #59080
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
EDUARDO ARTURO RODRIGUEZ-NAVARRETE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 1:06-CR-0339 AWI |
| Plaintiff, | STIPULATION TO CONTINUE STATUS CONFERENCE HEARING, AND ORDER THEREON |
| v. | |
| EDUARDO ARTURO RODRIGUEZ-NAVARRETE, | Date:  March 5, 2007
Time:  9:00 a.m.
Judge: Honorable Anthony W. Ishii |
| Defendant. | |

**STIPULATION**

It is hereby stipulated by and between the parties hereto that the status conference hearing in the above-entitled matter now set for February 12, 2007, may be continued to **March 5, 2007, at 9:00 a.m.**

The reason for this continuance is to allow counsel additional time for defense investigation.

The parties agree that time shall be excluded pursuant to 18 U.S.C. §§ 3161, subd.(h)(8)(A) and (B) in that the ends of justice served by the continuance outweigh the best interest of the public and the

///

///

///

///

///

1  defendant in a speedy trial, since the failure to grant such a continuance would deny counsel for the
2  defendant the reasonable time necessary for effective preparation, taking into account the exercise of due
3  diligence.

4                                                           McGREGOR W. SCOTT
                                                            United States Attorney
5

6  DATED: February 8, 2007              By:    /s/  Steven M. Crass
                                                STEVEN M. CRASS
7                                               Assistant U.S. Attorney
                                                Attorney for Plaintiff
8

9                                               DANIEL J. BRODERICK
                                                Federal Defender
10

11 DATED: February 8, 2007              By:    /s/ Marc C. Ament
                                                MARC C. AMENT
12                                              Assistant Federal Defender
                                                Attorney for Defendant
13                                              Eduardo A. Rodriguez-Navarrete

14

15
                                        **ORDER**
16

17     **IT IS SO ORDERED.**  Time is excluded pursuant to 18 U.S.C. § 3161, subd. (h)(8)(A) and (B).
18 For the reasons stated above, the court finds that the ends of justice served by the delay outweigh the best
19 interest of the public and the defendants in a speedy trial.
20

21 IT IS SO ORDERED.

22 **Dated:     February 9, 2007**              /s/ **Anthony W. Ishii**
   0m8i78                                       UNITED STATES DISTRICT JUDGE
23

24

25

26

27

28

Stipulation and Proposed Order - Rodriguez-Navarrete         2