1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  MARC C. AMENT, Bar #59080
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, California  93721-2226
   Telephone: (559) 487-5561
5
   Attorney for Defendant
6  EDUARDO ARTURO RODRIGUEZ-NAVARRETE

7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,        ) NO. 1:06-CR-0339 AWI
                                      )
12 |     Plaintiff,                   ) STIPULATION TO CONTINUE STATUS
                                      ) CONFERENCE HEARING, AND ORDER
13 |     v.                           ) THEREON
                                      )
14 | EDUARDO ARTURO RODRIGUEZ-        ) Date:  March 26, 2007
     NAVARRETE,                       ) Time:  9:00 a.m.
15 |                                  ) Judge: Honorable Anthony W. Ishii
                                      )
16 |     Defendant.                   )
                                      )

17

18                               **STIPULATION**

19        It is hereby stipulated by and between the parties hereto that the status conference hearing in the

20 above-entitled matter now set for March 5, 2007, may be continued to **March 26, 2007, at 9:00 a.m.**

21        The reason for this continuance is to allow counsel additional time for further investigation and

22 plea negotiations.

23        The parties agree that time shall be excluded pursuant to 18 U.S.C. §§ 3161, subd.(h)(8)(A) and

24 (B) in that the ends of justice served by the continuance outweigh the best interest of the public and the

25 ///

26 ///

27 ///

28 ///

defendant in a speedy trial, since the failure to grant such a continuance would deny counsel for the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

McGREGOR W. SCOTT
United States Attorney

DATED: March 1, 2007          By:   /s/  Steven M. Crass
                                    STEVEN M. CRASS
                                    Assistant U.S. Attorney
                                    Attorney for Plaintiff


                                    DANIEL J. BRODERICK
                                    Federal Defender

DATED: March 1, 2007          By:   /s/ Marc C. Ament
                                    MARC C. AMENT
                                    Assistant Federal Defender
                                    Attorney for Defendant
                                    Eduardo A. Rodriguez-Navarrete

## ORDER

**IT IS SO ORDERED.** Time is excluded pursuant to 18 U.S.C. § 3161, subd. (h)(8)(A) and (B). For the reasons stated above, the court finds that the ends of justice served by the delay outweigh the best interest of the public and the defendants in a speedy trial.

IT IS SO ORDERED.

**Dated:   March 2, 2007**             /s/ **Anthony W. Ishii**
0m8i78                                 UNITED STATES DISTRICT JUDGE